UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  9:22-cv-80987-RS

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**SARA CAMPBELL, LTD. CORP.,**
**a foreign for-profit corporation,**

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff NELSON FERNANDEZ, by and through his undersigned Counsel, and Defendant SARA CAMPBELL LTD. GROUP, by and through its undersigned Counsel, hereby provides notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court provide the parties thirty (30) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file a Stipulation for Dismissal With Prejudice.

DATED:  August 26, 2022.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

2

**O'HAGAN MEYER**
Attorneys for Defendant
215500 Oxnard Street, Suite 1050
Woodland Hills, CA  91367
(213) 306-1610
mkessler@ohaganmeyer.com

By: *s/ Michael I. Kessler*
      MICHAEL I. KESSLER
      Fla. Bar No. 117784