UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  9:22-cv-80987-RS

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**SARA CAMPBELL, LTD. CORP.,**
**a foreign for-profit corporation,**

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE*

Plaintiff NELSON FERNANDEZ, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses Defendant SARA CAMPBELL, LTD. CORP. as to all of his claims in this action *with prejudice,* with the parties to bear his/their own costs and attorney's fees.

    Dated:  September 14, 2022

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL  33351-7919 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ___*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 014659 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of September, 2022, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Michael I. Kessler, Esq.
O'HAGAN MEYER
21550 Oxnard Street, Suite 1050
Woodland Hills, CA  91367
(213) 306-1610
mkessler@ohaganmeyer.com

*Attorneys for Defendant*
*SARA CAMPBELL LTD. CORP.*

                                             */s/ Roderick V. Hannah*
                                               Roderick V. Hannah