UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80987-CIV-SMITH

NELSON FERNANDEZ,

        Plaintiff,

v.

SARA CAMPBELL,
LTD. CORP.

        Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE 10]. Upon consideration, it is

**ORDERED** that:

1. Plaintiff's claims are **DISMISSED with prejudice.**
2. Each party shall bear its own attorney's fees and costs.
3. All pending motions are denied as moot.
4. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of September 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record